IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM LEE NICKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:15-cv-00114 |
| v. ) | |
| ) | By: Elizabeth K. Dillon |
| SOUTHWEST REGIONAL ) | United States District Judge |
| JAIL AUTHORITY, *et al*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

William Lee Nickens, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered March 16, 2015, the court directed plaintiff to submit within ten (10) days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period and executed verified statement form. On March 24, 2015, the conditionally filed order was returned as undeliverable, and, as a result, the clerk discovered that plaintiff had been transferred to a new facility. On March 30, 2015, the original conditionally filed order was sent to plaintiff at the current facility and directed plaintiff to submit the required documentation. Plaintiff was advised that a failure to comply with the order would result in dismissal of this action without prejudice.

More than ten (10) days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this memorandum opinion and accompanying order to plaintiff.

Entered: April 24, 2015.

*Elizabeth K. Dillon*
United States District Judge