IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE NICKENS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00114 |
| | ) | |
| v. | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| SOUTHWEST REGIONAL | ) | |
| JAIL AUTHORITY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this action is DISMISSED without prejudice for plaintiff's failure to comply with the court's order entered March 30, 2015, and the action is STRICKEN from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: April 24, 2015.

*Elizabeth K. Dillon*
United States District Judge